IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN SCHEER, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 21-1514 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | Magistrate Judge Lisa P. Lenihan |
| ALLEGHENY COUNTY et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Lisa P. Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(B) and (C), and Local Rule of Civil Procedure 72.

On September 29, 2023, the Magistrate Judge issued a Report (Doc. 87) recommending that this action be dismissed for failure to prosecute and for failure to follow court orders. Service of the Report and Recommendation ("R&R") has been made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that this case is dismissed with prejudice and the Magistrate Judge's R&R (Doc. 87) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


October 24, 2023                              s/Cathy Bissoon
                                                                            Cathy Bissoon
                                                                            United States District Judge

cc (via ECF email notification):

All Counsel of Record and
Plaintiff Justin Scheer